United States Bankruptcy Court
Southern District of Florida

IN RE:

Zenaida Martinez                                         Case No. 25-14310-EPK

Debtor(s)                                                Chapter 13

_____/

**OBJECTION TO CLAIM**
**IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION**
**TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

1. Claim #: 9
   Claimant: SkyOne Federal Credit Union
   Amount: $28,805.49
   Reason: Claim is time barred as per Florida's statute of limitation.
   Disposition: Claim should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002- 1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: July 09, 2025                      /s/ Humberto Rivera
                                          Humberto Rivera, Esq
                                          FL Bar# 91993
                                          PO Box 211746
                                          Royal Palm Beach, FL 33421
                                          humberto@hriveralaw.com
                                          Telephone: (786) 529-6060